

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00384-CR

ALICIA ELIZABETH FORD                    APPELLANT

V.

THE STATE OF TEXAS                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 1405276

----------

## MEMORANDUM OPINION[1]

----------

On November 9, 2015, we notified Appellant Alicia Elizabeth Ford of our concern that we lack jurisdiction over her attempt to appeal the trial court's October 6, 2015 order supplementing or amending her conditions of community

---

[1]*See* Tex. R. App. P. 47.4.

supervision.[2]  *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Helms v. State*, Nos. 02-14-00170-CR, 02-14-00171-CR, 2014 WL 3778283, at *1 (Tex. App.—Fort Worth July 31, 2014, no pet.) (mem. op., not designated for publication).  We informed Ford that the appeal may be dismissed unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 44.3.  We have not received a response.  Therefore, we dismiss this appeal.

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 25, 2016

---

[2]The trial court's certification of Ford's right to appeal states that it involves "another" order—an "Amendment to Conditions of Community Supervision dated 10-6-15.  No Right of Appeal."